IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PATRICK DAVIS,                          :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :
                                        :       No. 5:12-CV-294 (CAR)
WILLIAM POWELL, *et al.*,                :
                                        :
        Defendants.                     :
_____        :

## ORDER ON THE RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge

[Doc. 36] to grant Defendant Deputy Warden William Powell's Motion to Dismiss [Doc.

22].  Therein, the Magistrate Judge found that Plaintiff Patrick Davis failed to exhaust

his administrative remedies regarding his supervisory liability claim against Defendant

Powell and that Plaintiff failed to state a supervisory liability claim against Defendant

Powell upon which relief may be granted.  Plaintiff has not filed an Objection to the

Recommendation, and the time in which to do so has expired.  Having considered this

matter, the Court agrees with the findings and conclusions of the United States

Magistrate Judge.  The Recommendation of the United States Magistrate Judge [Doc. 36]

is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; Defendant's

1

Motion to Dismiss [Doc. 22] is hereby **GRANTED**.  Plaintiff's claims against Defendant

Powell are **DISMISSED**.

      **SO ORDERED,** this 2nd day of July, 2013.

                        S/ <u>C. Ashley Royal</u>
                        C. ASHLEY ROYAL
                        UNITED STATES DISTRICT JUDGE

LMH